## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ROBBIN STEWART,

|  |  |
|---|---|
| Plaintiff, | 4:19-CV-3115 |
| vs. | |
| LISA J. HOGGINS, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 22) recommending that the defendant's motion to dismiss (filing 21) be granted. There are no objections to the findings and recommendation.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly,

1.   The Magistrate Judge's findings and recommendation (filing 22) are adopted.

2.   The defendant's motion to dismiss (filing 21) is granted.

3.   The plaintiff's complaint is dismissed.

4.    A separate judgment will be entered.

Dated this 7th day of January, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge